**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :     No. 23 EM 2023
                                  :
              Respondent          :
                                  :
                                  :
              v.                  :
                                  :
                                  :
NICHOLAS EDWARDS,                 :
                                  :
              Petitioner          :

## ORDER

**PER CURIAM**

　　**AND NOW**, this 6th day of July, 2023, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus and/or Extraordinary Relief is DENIED.